IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Criminal No. 00-119 |
| | ) | |
| Shon Siebert, et al. | ) | |
| Defendant | ) | |

### ORDER OF COURT

AND NOW, to wit, this 13th day of June, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

These pleadings are to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings shall file a request with the Clerk with notification to all parties. These pleadings are to remain sealed for the next 10 years.

Document: 5, 6, 7, 8, 9, 26, 33, 37, 39, 40, 45, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 68

Appearance Bond, Judgment Index Card

Donetta W. Ambrose
U.S. District Judge